JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRISTOL INVESTMENT FUND, LTD. a Cayman Islands Company,<br><br>Petitioner,<br><br>v.<br><br>TV4 ENTERTAINMENT, INC., a Delaware Corporation,<br><br>Respondent. | Case No.: 2:20-cv-9919 MCS (RAOx)<br><br>**JUDGMENT** |

The Court hereby enters judgment for Petitioner BRISTOL INVESTMENT FUND, LTD. against Respondent TV4 ENTERTAINMENT, INC., in the amount of $443,430.24.

Pursuant to the Arbitration Award issued by the Judicial Arbitration and Mediation Services dated October 16, 2020, in JAMS Ref. No. 1220065450, Respondent TV4 ENTERTAINMENT, INC. is directed to turn over all Collateral

described in the UCC-1 filed by Petitioner, so that the Collateral can be marshalled for sale in accordance with Article 9 of the California Uniform Commercial Code.

DATED: December 23, 2020

By: _____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE